DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
TERENCE J. HOWZELL, State Bar #140822
Deputy City Attorney
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3960
Facsimile:    (415) 554-4248
E-Mail:    terence.howzell@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WINIFRED C. LAIDLAW, | Case No. CV-14 2640 JCS |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION FOR FILING OF AMENDED COMPLAINT** |
| CITY & COUNTY OF SAN FRANCISCO AND DOES 1 AND 2, | Date Action Filed: May 15, 2014 |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff may file an Amended Complaint, a copy of which is attached hereto.

IT IS FURTHER STIPULATED that the Defendant waives notice and service of the amended complaint and shall not be required to answer to the amendment, and that all denials, responses and affirmative defenses contained in the answer filed by Defendant to the original complaint shall be responsive to the amended complaint.

Dated: August 11, 2014          LAW OFFICE OF RICHARD M. ROGERS

                                By:   s/ Richard M. Rogers
                                      RICHARD M. ROGERS
                                Attorney for Plaintiff
                                WINIFRED C. LAIDLAW

Dated: August 11, 2014          DENNIS J. HERRERA
                                City Attorney
                                ELIZABETH S. SALVESON
                                Chief Labor Attorney
                                TERENCE J. HOWZELL
                                Deputy City Attorneys

                                By:   s/ Terence J. Howzell
                                      TERENCE J. HOWZELL
                                Attorneys for Defendant
                                CITY & COUNTY OF SAN FRANCISCO

Dated: 8/13/14

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]*

# ATTACHMENT

RICHARD M. ROGERS, #045843
LAW OFFICE OF RICHARD M. ROGERS
100 Bush Street, #1980
San Francisco, CA  94104
Telephone:   415/981-9788
Facsimile:    415/981-9798
Email:         RogersRMR@yahoo.com

Attorneys for Plaintiff
WINIFRED C. LAIDLAW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WINIFRED C. LAIDLAW, | Case No.: C14-02640 JCS |
|---|---|
| Plaintiff, | Case filed:      05/15/14<br>Case removed: 06/09/14 |
| V. | Trial date:       TBA |
| CITY & COUNTY OF SAN FRANCISCO, | **FIRST AMENDED COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES** |
| Defendant. | |
| | **DEMAND FOR JURY TRIAL** |

Comes now Plaintiff, WINIFRED C. LAIDLAW, and alleges:

### JURISDICTION

1.   The Court has jurisdiction over Plaintiff's Title VII (42 USC §2000e) and ADEA (29 USC §§621-634) claims.  28 USC §1331.  The Court has supplemental jurisdiction over Plaintiff's related state claims.  28 USC §1367.

### VENUE

2.   Venue is proper in this Court because the employment is in the City and County of San Francisco.  42 USC §2000e-5(f)(3).

## CHARGING ALLEGATIONS

3. Plaintiff WINIFRED C. LAIDLAW has been employed by Defendant for twenty years; since May 10, 2004, she has been employed at the San Francisco Public Utilities Commission (SFPUC) as an Apprentice Stationary Engineer.

4. In December, 2011, Plaintiff applied for a promotion to Stationary Engineer Journeyperson. On August 5, 2012, Plaintiff learned that she had not been promoted.

5. In 2009, Plaintiff graduated from a training curriculum. All of the younger males who graduated with Plaintiff were promoted prior to January 1, 2013.

6. At all times pertinent Plaintiff performed her job competently and received good performance evaluations.

7. Defendant refused to promote Plaintiff because of her age and/or gender. Plaintiff was born in 1949.

8. As a direct result of Defendant's said conduct, Plaintiff has suffered loss of earnings and will continue to suffer such losses in future, all to her damage in a sum within the jurisdiction of this Court.

9. As a further direct result of Defendant's said conduct, Plaintiff has suffered and will continue to suffer severe emotional distress to her general damage in an amount within the jurisdiction of this Court.

10. Plaintiff complained of age and gender discrimination, both internally and externally. A copy of her first EEOC complaint, also filed with the DFEH, is attached hereto as Exhibit 1 and fully incorporated herein by this reference.

11. Plaintiff received a right-to-sue letters from the DFEH dated August 14, 2013, Exhibit 2 hereto.

12. Plaintiff received right-to-sue letters from the EEOC dates January 30, 2014, Exhibits 3 and 4 hereto.

13. On or about January 13, 2014, Plaintiff's supervisor told her that she was being promoted. She ranked sixth after a written exam on or about January 10. Because of this notification, Plaintiff did not file suit after receipt of the EEOC right-to-sue letters.

14. When Plaintiff heard nothing further, she followed up through her Union in March, 2014. On April 19, 2014, her Union Representative, Gil Rojas, was told by Tony Flores, a manager with SFPUC, that there was a glitch in the paperwork and the promotion was, in fact, in process.

15. Defendant's said notification and assurance were false, and Plaintiff relied thereon to her detriment by not filing suit within 90 days of receipt of the EEOC letters, Exhibits 3 and 4 hereto.

16. On April 19, 2014, Plaintiff interviewed for two positions.

17. On or about April 22, 2014, Plaintiff learned that she did not pass the interviews.

18. The interviews were a sham implemented to deny Plaintiff promotion. Plaintiff correctly answered the interview questions and was more qualified than the persons promoted.

19. The persons promoted were substantially younger than Plaintiff. One of them is female. She was promoted instead of Plaintiff to make it appears that gender discrimination was not a factor.

20. Plaintiff has exhausted her administrative remedies with respect to the events after August 1, 2013. A copy of her second Charge of Discrimination is attached hereto as Exhibit 5 and fully incorporated herein by this reference.

21. Plaintiff has received a right-to-sue letter from the state agency, Exhibit 6 hereto, and has requested a right-to-sue letter from the EEOC.

## FIRST CAUSE OF ACTION
### [AGE DISCRIMINATION: FEHA]

22. Defendant discriminated against Plaintiff because of her age in violation of Gov't Code section 12940(a).

## SECOND CAUSE OF ACTION
### [SEX DISCRIMINATION: FEHA]

23. Defendant discriminated against Plaintiff because of her sex in violation of Gov't Code section 12940(a).

//
//

### THIRD CAUSE OF ACTION
### [AGE DISCRIMINATION: ADEA]

24. Defendant discriminated against Plaintiff because of her age in violation of the Age Discrimination in Employment Act, 29 USC §§621-634.

### FOURTH CAUSE OF ACTION
### [SEX DISCRIMINATION: TITLE VII]

25. Defendants discriminated against Plaintiff because of her gender in violation of 42 USC §2000e.

### FIFTH CAUSE OF ACTION
### [RETALIATION: DFEH]

26. Defendant failed and refused to promote Plaintiff in 2014 because she had filed internal and external complaints of discrimination in violation of Gov't Code section 12940(h).

### SIXTH CAUSE OF ACTION
### [FAILURE TO PREVENT DISCRIMINATION]

27. Defendant failed to take all reasonable steps to prevent discrimination and retaliation in violation of Gov't Code section 12940(k).

WHEREFORE, Plaintiff prays for:

1. Injunctive relief requiring Defendant to refrain from further discriminatory acts and remedying past discrimination;

2. Actual damages in a sum to be ascertained at trial;

3. General damages in an amount within the jurisdiction of this Court;

4. Costs of suit, prejudgment interest, reasonable attorney's fees; and

5. Such further relief as the Court deems just and proper.

Respectfully submitted,

Dated: 8-12-14

LAW OFFICE OF RICHARD M. ROGERS

By: _____
RICHARD M. ROGERS
Attorneys for Plaintiff

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial by jury.

Dated: 8-12-14

Respectfully submitted,

LAW OFFICE OF RICHARD M. ROGERS

By: /s/ Richard M. Rogers

RICHARD M. ROGERS
Attorneys for Plaintiff

**EXHIBIT 1**

USDC NO. C14-02640 JCS - FIRST AMENDED COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES -- DEMAND FOR JURY TRIAL

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 550-2013-00737 |

**California Department Of Fair Employment & Housing** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Winifred C. Laidlaw | (650) 952-6666 | REDACTED 1949 |

Street Address: 222 Alta Vista Drive, South San Francisco, CA 94080

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CITY & COUNTY OF SAN FRANCISCO PUBLIC UTILITIES COMMISSION | 500 or More | (415) 554-1670 |

Street Address: 525 Golden Gate Avenue, San Francisco, CA 94105

DISCRIMINATION BASED ON (Check appropriate box(es).):
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 08-05-2012   Latest: 08-05-2012
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by respondent on 5/10/2004 as an Apprentice Stationary Engineer. My immediate supervisor was ~~Jimmy Ma~~ Douglas Scoville ✱ Prior to this date I worked for city PUC for 10 yrs. as a Laborer. In December 2012 I applied for a promotion to the position of Stationary Engineer Journeymen. On August 5, 2012 I learned that I had not been hired for position, while all of the younger men that were apprentices with me had been hired. also people hired were relatives of people in high positions. I call it FAMILY + Friends (NEPOTISM) All HAD No I believe that I have been discriminated against on the basis of my age, DOB: REDACTED-1949, and my sex, female, in violation of the Age Discrimination in Employment Act of 1967 and Title VII of the Civil Rights Act of 1964 as amended.

Experience working in this field. They were new hires they were hired with only (5) or (6) months being here. I have (18) yrs Seniority

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

X 8/1/13  *Winifred Laidlaw*
Date   Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

AUG 0 6 2013
EEOC

EXHIBIT 1

11

**EXHIBIT 2**

USDC NO. C14-02640 JCS - FIRST AMENDED COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES -- DEMAND FOR JURY TRIAL

STATE OF CALIFORNIA | State and Consumer Services Agency

GOVERNOR EDMUND G. BROWN, JR.

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
(800) 884-1684 | TDD (800) 700-2320 | Videophone for the DEAF (916) 226-5285
www.dfeh.ca.gov | email: contact.center@dfeh.ca.gov

DIRECTOR PHYLLIS W. CHENG

EEOC Number: 550-2013-00737
Case Name: WINIFRED LAIDLAW v. CITY AND COUNTY OF SAN FRANCISCO
Filing Date: August 14, 2013

## NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being dual filed with the California Department of Fair Employment and Housing (DFEH) by the U.S. Equal Employment Opportunity Commission (EEOC). The complaint will be filed in accordance with California Government Code section 12960. This notice constitutes service pursuant to Government Code section 12962.

The EEOC is responsible for the processing of this complaint and the DFEH will not be conducting an investigation into this matter. Please contact EEOC directly for any discussion of the complaint or the investigation.

## NOTICE TO COMPLAINANT OF RIGHT-TO-SUE

This letter is also your Right to Sue notice. <u>This Right-To-Sue Notice allows you to file a private lawsuit in State court</u>. According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The lawsuit may be filed in a State of California Superior Court. Government Code section 12965, subdivision (b), provides that such a civil action must be brought within one year from the date of this notice. Pursuant to Government Code section 12965, subdivision (d)(1), this one-year period will be tolled during the pendency of the EEOC's investigation of your complaint. You should consult an attorney to determine with accuracy the date by which a civil action must be filed. This right to file a civil action may be waived in the event a settlement agreement is signed.

If you have questions about the right to file under federal law, please contact the EEOC using the contact information below.

EEOC Northern California
350 The Embarcadero, Suite 500
San Francisco, CA 94106
(415) 625-5600

EEOC Southern California
255 East Temple Ste., 4th Floor
Los Angeles, CA 90012
(213) 894-1100

EXHIBIT 2

DFEH-200-02 (01/13)

# EXHIBIT 3

USDC NO. C14-02640 JCS  - FIRST AMENDED COMPLAINT FOR EQUITABLE
RELIEF AND DAMAGES -- DEMAND FOR JURY TRIAL



**U.S. Department of Justice**

Civil Rights Division
NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
2019 8845

950 Pennsylvania Avenue, N.W.
Karen Ferguson, EMP, PHB, Room 4239
Washington, DC 20530

January 30, 2014

Ms. Winifred C. Laidlaw
222 Alta Vista Drive
South San Francisco, CA  94080

Re:  EEOC Charge Against City & County of San Francisco, Public Utilities Commission
     No. 550201300737

Dear Ms. Laidlaw:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.  If you cannot afford or are unable to retain an attorney to represent you, the Court may, at its discretion, assist you in obtaining an attorney.  If you plan to ask the Court to help you find an attorney, you must make this request of the Court in the form and manner it requires.  Your request to the Court should be made well before the end of the time period mentioned above.  A request for representation does not relieve you of the obligation to file suit within this 90-day period.

The investigative file pertaining to your case is located in the EEOC San Francisco District Office, San Francisco, CA.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Jocelyn Samuels
Acting Assistant Attorney General
Civil Rights Division

by  *Karen J. Ferguson*
Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: San Francisco District Office, EEOC
    City & County of San Francisco, Public Utilities Commission

EXHIBIT 3

**EXHIBIT 4**

USDC NO. C14-02640 JCS - FIRST AMENDED COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES -- DEMAND FOR JURY TRIAL

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Winifred C. Laidlaw<br>222 Alta Vista Drive<br>South San Francisco, CA 94080 | From: | San Francisco District Office<br>450 Golden Gate Avenue<br>5 West, P.O. Box 36025<br>San Francisco, CA 94102 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2013-00737 | Eric C. Darius,<br>Intake Supervisor | (415) 522-3185 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA): This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐ More than 180 days have passed since the filing of this charge.

☐ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☐ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

Age Discrimination in Employment Act (ADEA): You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

☒ The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

Equal Pay Act (EPA): You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Michael Baldonado,
District Director

JAN 30 2014
(Date Mailed)

Enclosures(s)

cc: Linda Simon
Manager, EEO Programs
CITY & COUNTY OF SAN FRANCISCO
Department of Human Resources
1 South Van Ness Avenue, 4th Floor
San Francisco, CA 94103

EXHIBIT 4

**EXHIBIT 5**

USDC NO. C14-02640 JCS - FIRST AMENDED COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES -- DEMAND FOR JURY TRIAL

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[ ] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>550-2014-00742 |
|---|---|---|
| California Department Of Fair Employment & Housing | | and EEOC |
| *State or local Agency, if any* | | |

| Name (Indicate Mr., Ms., Mrs.)<br>Ms. Winifred C. Laidlaw | Home Phone (Incl. Area Code)<br>(650) 952-6666 | Date of Birth<br>REDACTED 1949 |
|---|---|---|
| Street Address<br>222 Alta Vista Drive, South San Francisco, CA 94080 | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>CITY AND COUNTY OF SAN FRANCISCO | No. Employees, Members<br>500 or More | Phone No. (include Area Code)<br>(415) 554-1670 |
|---|---|---|
| Street Address<br>Public Utility Commission, 525 Golden Gate Ave., San Francisco, CA 94102 | | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Street Address | | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [X] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 05-06-2014    Latest: 05-1
[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

The respondent hired me on or about May 10, 2004. My most recent job title is Apprentice Stationary Engineer and my immediate supervisor is Bob Matchem (Male, 60's). In ~~March 2013~~ August 2013, I filed EEOC ← 8/13 Charge No. 550-2013-00737 against the respondent alleging age discrimination. In December 2013, I applied for a promotion to Journeyperson Stationary Engineer--a position that I was well qualified for. Out of all of the eligible individuals, ~~only~~ mostly younger males were placed into the Journeyperson positions. At least one younger male with inferior qualifications was selected.

I believe that I have been discriminated against because of my sex (Female) in violation of Title VII of the Civil Rights Act of 1964, as amended. I believe that I have been discriminated against because of my age (64) in violation of the Age Discrimination in Employment Act of 1967, as amended. Furthermore, I believe that the respondent retaliated against me, in violation of the Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY -- *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| X 5/20/14  X *Winifred Laidlaw*<br>Date  Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>MAY 27 2014<br>(month, day, year)<br>RECEIVED EEOC-SFDO |

EXHIBIT 5

# EXHIBIT 6

USDC NO. C14-02640 JCS - FIRST AMENDED COMPLAINT FOR EQUITABLE
RELIEF AND DAMAGES – DEMAND FOR JURY TRIAL



STATE OF CALIFORNIA | State and Consumer Services Agency                                    GOVERNOR EDMUND G. BROWN, JR.

# DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
DIRECTOR PHYLLIS W. CHENG

EEOC Number: 550-2014-00742C
Case Name:    Winifred C. Laidlaw vs. CITY AND COUNTY OF SAN FRANCISCO
Filing Date:    June 4, 2014

## NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being dual filed with the California Department of Fair Employment and Housing (DFEH) by the U.S. Equal Employment Opportunity Commission (EEOC). The complaint will be filed in accordance with California Government Code section 12960. This notice constitutes service pursuant to Government Code section 12962.

The EEOC is responsible for the processing of this complaint and the DFEH will not be conducting an investigation into this matter. Please contact EEOC directly for any discussion of the complaint or the investigation.

## NOTICE TO COMPLAINANT OF RIGHT-TO-SUE

This letter is also your Right to Sue notice. <u>This Right-To-Sue Notice allows you to file a private lawsuit in State court</u>. According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The lawsuit may be filed in a State of California Superior Court. Government Code section 12965, subdivision (b), provides that such a civil action must be brought within one year from the date of this notice. Pursuant to Government Code section 12965, subdivision (d)(1), this one-year period will be tolled during the pendency of the EEOC's investigation of your complaint. You should consult an attorney to determine with accuracy the date by which a civil action must be filed. This right to file a civil action may be waived in the event a settlement agreement is signed.

If you have questions about the right to file under federal law, please contact the EEOC using the contact information below.

| EEOC Northern California | EEOC Southern California |
|---|---|
| 450 Golden Gate Ave 5-West | 255 East Temple Ste., 4th Floor |
| PO Box 36025 | Los Angeles, CA 90012 |
| San Francisco, CA 94102 | (213) 894-1100 |
| (415) 522-3000 | |

EXHIBIT 6                                                                                             DFEH-200-02 (01/13)